UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK McGUIRE, | ) | 1:08-CV-01844 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING ORDER OF MAY 12, |
| | ) | 2009, DISMISSING PETITION |
| | ) | [Doc. #18] |
| v. | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO SERVE PETITIONER WITH FINDINGS |
| | ) | AND RECOMMENDATION |
| JAMES HARTLEY, | ) | [Doc. #17] |
| | ) | |
| Respondent. | ) | ORDER GRANTING LEAVE TO FILE |
| | ) | OBJECTIONS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 3, 2009, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition be DISMISSED for failure to exhaust state remedies. The parties were granted thirty (30) days to file objections. When no objections were filed, on May 12, 2009, the undersigned issued an order adopting the Findings and Recommendation in full. Respondent's motion to dismiss was GRANTED, and the petition was DISMISSED without prejudice. Judgment was entered the same day.

On May 21, 2009, Petitioner filed a motion to vacate the judgment. Rule 60(b) of the Federal

Rules of Civil Procedure provides:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
> (4) the judgment is void;
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
> (6) any other reason that justifies relief.

Petitioner claims he was never served with a copy of the Findings and Recommendation and therefore did not have an opportunity to file his objections. Upon review of the docket, the Court finds Petitioner is correct.

Accordingly, IT IS HEREBY ORDERED:

1) The Court VACATES the order of May 12, 2009, that had dismissed the petition;

2) The Clerk of Court is DIRECTED to serve Petitioner with a copy of the Findings and Recommendation of April 3, 2009;

3) Petitioner is GRANTED thirty (30) days from the date of service of this order to file objections; and

4) Respondent MAY FILE a reply to the objections within fifteen (15) days of the filing of the objections, if any.

IT IS SO ORDERED.

Dated:   May 26, 2009                      /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE