UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK McGUIRE, | ) | 1:08-CV-01844 LJO GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO SERVE PETITIONER WITH FINDINGS |
| | ) | AND RECOMMENDATION OF APRIL 3, |
| v. | ) | 2009 |
| | ) | [Doc. #17] |
| | ) | |
| | ) | ORDER GRANTING LEAVE TO FILE |
| JAMES HARTLEY, | ) | OBJECTIONS |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 27, 2009, the undersigned issued an order vacating the May 12, 2009, order dismissing the petition. In addition, the Clerk of Court was directed to serve Petitioner with a copy of the Findings and Recommendation of April 3, 2009. The parties were granted leave to file objections.

On June 22, 2009, Petitioner filed a letter to the Clerk of Court which stated he had received the Court's order of May 27, 2009; however, he was not provided with a copy of the Findings and Recommendation as directed in the order.

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to serve Petitioner with **a copy of the Findings and Recommendation of April 3, 2009**;

1    2) Petitioner is GRANTED thirty (30) days from the date of service of this order to file
2  objections; and Respondent MAY FILE a reply to the objections within fifteen (15) days of the filing
3  of the objections, if any.
4  IT IS SO ORDERED.
5  **Dated:     June 30, 2009**                                  **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE